**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 10 B 52901 |
| | ) | |
| ANNEMARIE CASTELLO, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**NOTICE OF MOTION OF 245 HOLDINGS, LLC, F/K/A INSOLVE RECOVERY, LLC,
AS ASSIGNEE FROM GE MONEY BANK, TO MODIFY AUTOMATIC STAY**

VIA ELECTRONIC NOTICE:
To:   Tom Vaughn, Esq. (Trustee)         Richard G. Fonfrias, Esq. (Debtor's Counsel)
       55 East Monroe Street, Suite 3850   Fonfrias Law Group, LLC
       Chicago, Illinois 60603             70 West Madison Street, Suite 1400
                                            Chicago, Illinois  60602

VIA U.S. MAIL:
       Annemarie Castello (Debtor)
       6716 West Dakin Street
       Chicago, Illinois 60634

       Please take notice that on the 19th day of December, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer, or any judge sitting in his stead, in Courtroom 615 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Motion of 245 Holdings, LLC, f/k/a InSolve Recovery, LLC, as assignee from GE Money Bank, to Modify Automatic Stay,* which has been electronically filed this date to the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, at the Dirksen Federal Building, 219 South Dearborn Street, 7th Floor, Chicago, Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

                                            Respectfully submitted,
                                            245 HOLDINGS, LLC, F/K/A INSOLVE RECOVERY, LLC, as assignee from GE Money Bank,
                                            Creditor,
                                            By:  _____/s/ David J. Frankel_____
David J. Frankel (Ill. #6237097)                   One of its attorneys
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535 / (312)332-3545 (facsimile)

245 Holdings/Castello/Motion to Modify Stay

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## **CERTIFICATE OF SERVICE**

      The undersigned, under oath, deposes and says that he served the above and foregoing Notice and Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a sealed envelope addressed as aforesaid, with proper postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on this 11th day of December, 2013, before the hour of 5:00 p.m.


                                                                                 /s/ David J. Frankel

SUBSCRIBED AND SWORN TO
before me this 11th day of December, 2013


    /s/ Samantha Brand
        NOTARY PUBLIC


245 Holdings/Castello/Motion to Modify Stay
            THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
      ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 10 B 52901 |
| | ) | |
| ANNEMARIE CASTELLO, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**MOTION OF 245 HOLDINGS CONSUMER USA INC., AS ASSIGNEE
FROM HSBC AUTO FINANCE INC., TO MODIFY AUTOMATIC STAY**

245 HOLDINGS, LLC, F/K/A INSOLVE RECOVERY, LLC, as assignee from GE Money Bank ("245 Holdings"), a creditor herein, by its attorneys, David J. Frankel of the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2013), and such other Sections and Rules as may apply, to enter an Order modifying the restraining provisions provided therein. In support thereof, 245 Holdings states as follows:

1. On November 29, 2010, Debtor, Annemarie Castello ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code. Thereafter, on April 27, 2011, Debtor filed a Modified Chapter 13 Plan (the "Plan"), which provides for direct payments from Debtor to 245 Holdings on 245 Holdings' secured claim, and which was confirmed on September 29, 2011.

2. That 245 Holdings is a creditor of the Debtor with respect to a certain indebtedness secured by liens upon a 2008 Yamaha SXT1100BLGP Watercraft bearing a Hull Identification Number ("HIN") of YAMC2340K708 (the "Boat"), and a 2008 MFI Trailer bearing a Vehicle Identification Number ("VIN") of 4J2BDTU2381950056 (the "Trailer"). (See Ex. "A").

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

3. The current total outstanding balance due to 245 Holdings from the Debtor for the Boat and the Trailer is $21,641.41.

4. Debtor has failed to provide 245 Holdings with proof of insurance for the Boat and the Trailer or make required payments to 245 Holdings, either directly or through the Trustee in these proceedings, due on and after September 18, 2012. As such, 245 Holdings seeks relief from the automatic stay so that it may take possession of and sell the Boat and the Trailer and apply the sales proceeds to the balance due from Debtor.

5. Debtor has not offered, and 245 Holdings is not receiving, adequate protection for its secured interest or depreciating value.

6. Debtor has no equity in the Boat and the Trailer, and the Boat and the Trailer are not necessary to an effective reorganization by the Debtor.

7. 245 Holdings will suffer irreparable injury, harm and damage should it be delayed in taking possession of the Boat and the Trailer and foreclosing its security interest therein.

8. 245 Holdings requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE**, 245 Holding, LLC, f/k/a InSolve Recovery, LLC, as assignee from GE Money Bank, respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic restraining provisions of Section 362 of the Bankruptcy Code to permit 245 Holdings to take immediate possession of and foreclose its security interest in the 2008 Yamaha SXT1100BLGP Watercraft bearing a Hull Identification Number ("HIN") of YAMC2340K708, and

245 Holdings/Castello/Motion to Modify Stay
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

a 2008 MFI Trailer bearing a Vehicle Identification Number ("VIN") of 4J2BDTU2381950056; and,

for such other, further and different relief as this Court deems just and proper.

          Respectfully submitted,

          245 HOLDINGS, LLC, F/K/A INSOLVE RECOVERY, LLC, as assignee from GE Money Bank,
          Creditor,

          By: _____/s/ David J. Frankel_____
                    One of its attorneys

David J. Frankel (Ill. #6237097)
Sorman & Frankel, Ltd.
180 N. LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.